IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH L. RUFF** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-4704 |
| **TEMPLE UNIVERSITY** | : |

## ORDER

**AND NOW,** this 14th day of August 2015, upon consideration of Defendant Temple University's Motion for Summary Judgment (ECF Doc. Nos. 34, 35), Plaintiff Kenneth L. Ruff's Responses (ECF Doc. Nos. 39, 41), Defendant's Reply (ECF Doc. Nos. 42), following oral argument and as detailed in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 34) is **GRANTED and this case is dismissed.**

The Clerk of Court shall close this matter.

_____
**KEARNEY, J.**